THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMI E. COLEMAN,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner of
Social Security,

    Defendant.

3:17-CV-1824
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 22nd DAY OF MARCH, 2019, upon review of Magistrate Judge Cohn's Report & Recommendation ("R&R") (Doc. 15) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 15) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge